UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JASON M. HATFIELD, P.A.                                                                    PLAINTIFF

v.                                          No. 5:22-cv-5110

CESAR ORNELAS; STEVEN KHERKHER;
MICHAEL McCOY; NOE JESUS MANCIA
POLANCO, individually and as Personal
Representative and Special Administrator of the
Estate of Flor Maribel Recinos Valle; NUNEZ &
ASSOCIATES; KHERKHER GARCIA, LLP;
TONY PIRANI; and PIRANI LAW, LLP                                                   DEFENDANTS

# ORDER

Before the Court is Defendants' motion (Doc. 76) to stay discovery. Defendants request that the Court postpone discovery until after the January 17, 2023, case management hearing in this matter. The Court will GRANT Defendants' motion. The scope and timing of discovery will be determined at the case management hearing.

IT IS SO ORDERED this 21st day of December, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE