IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| Jason M. Hatfield, P.A., <br> *Plaintiff* <br><br> v. <br><br> Michael McCoy, et al, <br>     *Defendants*. | Case No. 5:22-cv-05110-PKH |

# Third Motion to Compel
# RE: Pirani Defendants

For his third motion to compel, Plaintiff Jason M. Hatfield, P.A. states:

1. Mr. Pirani waived work product privilege on many occasions in this case.

2. Mr. Pirani was admonished by this Court for his lack of protection for his clients' confidential information. [ECF No. 179], at 15.

3. Mr. Pirani was deposed and in response to direct questions concerning his communications with his co-defendants at Kherkher Garcia, LLP, he waived privilege by answering the questions.

4. In October, Mr. Pirani produced more than 2,200 pages of unredacted emails detailing his communications with co-defendants at Kherkher Garcia on the topic of Mr. Hatfield's lien. He also did not mark such documents as CONFIDENTIAL, which is required by this Court's Protective Order.

5. Mr. Pirani now refuses to provide his text messages with his co-defendants on the topic of Mr. Hatfield's lien. His refusal to do so is based upon his claim of work product privilege.

6. The Court ordered Mr. Pirani to immediately provide all text messages or produce a privilege log. He produced a privilege log, except now he cannot claim protection for the listing of text messages because the waiver extends to all communications. *PaineWebber Grp., Inc. v. Zinsmeyer Trs. Pshp.*, 187 F.3d 988, 992 (8th Cir. 1999) (citing *United States v. Workman*, 138 F.3d 1261, 1263 (8th Cir. 1998)).

7. Plaintiff identifies true and correct copies of **Exhibits 1-9** in support of this motion, which were provided to the Court as [ECF Nos. 280-1–280-6, 281, 281-1, 281-2.]

WHEREFORE, the Court should rule that Mr. Pirani made a knowing waiver of the work product privilege relative to his deposition, his production of emails, and likewise governing his text messages with his co-defendants on the topic of Mr. Hatfield's lien.

JASON M. HATFIELD, P.A.

_____
Mark Murphey Henry, Ark. Bar No. 97170
Otto Matthew Bartsch, Ark. Bar No. 2022264
HENRY LAW FIRM
P.O. Box. 4800
Fayetteville, Arkansas 72702
Telephone:   (479) 368-0555
Email:         mark@henry.us
Email:         otto@henry.us

*Counsel for Plaintiff*