IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **JASON M. HATFIELD, P.A.,** | ) | |
| | ) | **CASE NO. 5:22-cv-05110-TLB** |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | **DEFENDANTS' JOINT** |
| | ) | **CLARIFICATION REGARDING** |
| **TONY PIRANI and PIRANI LAW PA,** | ) | **RULE 60(b) NOTICE** |
| | ) | |
| DEFENDANTS. | ) | |

## DEFENDANTS' JOINT CLARIFICATION REGARDING RULE 60(b) NOTICE

COME NOW the separate defendants Tony Pirani, *pro se*, Pirani Law PA, by and through their attorney, Tony Pirani of Pirani Law PA (hereinafter, collectively, "Pirani"), and, for their clarification concerning the "Rule 60(b) Notice" language contained in their Renewed Motion for Judgment as a Matter of Law and Motion for New Trial or, Alternatively, Remittitur (ECF 445), do hereby state as follows:

1. The "Rule 60(b) Notice" in ECF 445 was not intended to serve as a Rule 60(b) motion on the merits, but solely to memorialize Pirani's intent to seek Rule 60(b) relief at a later time if appropriate.

2. Pirani therefore respectfully requests that the Court not construe ECF 445 as a "Rule 60(b) motion" or adjudicate Rule 60(b) grounds at this time, as Pirani intends to file a separate, full Rule 60(b) motion with supporting exhibits and declaration after the Court rules on the pending Rule 50(b)/59 motion.

**WHEREFORE**, Separate Defendants Tony Pirani and Pirani Law PA, hereby jointly and respectfully pray and request that this Court neither construe ECF 445 as a Rule 60(b)

motion nor adjudicate Rule 60(b) grounds at this time, and for any and all other legal and equitable relief deemed just and proper under the totality of the facts and circumstances of this case and to which the Pirani Defendants are, or to which they may otherwise prove themselves to be, entitled herein.

                Respectfully submitted,

                TONY PIRANI,
                PIRANI LAW PA,

                Separate Defendants

By:   */s/ Tony Pirani*
       Tony Pirani, Ark. Bar No. 2006234
       Pirani Law PA
       121 N. School Ave., Ste. 2
       Fayetteville, Arkansas   72703
       Telephone: (479) 935-3150
       Facsimile: (479) 935-3151
       Email: tony@piranilaw.com
       ***Pro Se***
       ***Attorney for Separate Defendants***